UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SATURATION SERVICES, LLC,

    Plaintiff,

v.

BALLARD MARINE CONSTRUCTION, LLC,

    Defendant.
_____/

Case No. 2:22-cv-24

Hon. Hala Y. Jarbou

## ORDER

Plaintiff Saturation Services, LLC brings a state law action against Defendant Ballard Marine Construction, LLC under diversity jurisdiction. As courts of limited jurisdiction, federal courts generally cannot adjudicate claims rooted in state law. However, federal courts possess subject matter jurisdiction over actions based in state law so long as the amount in controversy exceeds $75,000 and no plaintiff is a citizen of the same state as any defendant. 28 U.S.C. § 1332(a). The burden of establishing diversity jurisdiction rests on Plaintiff.

Plaintiff and Defendant are both limited liability companies, but Plaintiff has failed to allege the citizenship of the companies' members. *See V & M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356 (6th Cir. 2010) (noting that limited liability companies have the citizenship of each of their members).

> When diversity jurisdiction is invoked in a case in which a limited liability company is a party, the court needs to know the citizenship of each member of the company. And because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each "sub-member" as well.

*Delay v. Rosenthal Collins Grp., LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009). Plaintiff has not alleged facts necessary for diversity jurisdiction under § 1332. The Court can raise this

jurisdictional issue *sua sponte*. *Answers in Genesis of Ky., Inc. v. Creation Ministries Int'l, Ltd.*, 556 F.3d 459, 465 (6th Cir. 2009).

Accordingly,

**IT IS ORDERED** that Plaintiff must **SHOW CAUSE** within seven days of the date of this order why the Court should not dismiss this case for lack of subject matter jurisdiction. Alternatively, Plaintiff may file an amended complaint properly alleging subject matter jurisdiction within seven days of the date of this order. If Plaintiff fails to show cause or fails to file an amended complaint properly alleging subject matter jurisdiction within the time set forth herein, the Court will dismiss the case.

Dated:   February 8, 2022             /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      UNITED STATES DISTRICT JUDGE