UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

SATURATION SERVICES, LLC,

    Plaintiff,

v.

BALLARD MARINE CONSTRUCTION, LLC,

    Defendant.
_____/

Case No. 2:22-cv-24

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the order entered this date:

**IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Dated: February 18, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE